THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES CLIFFORD STUART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-869-R |
| | ) |
| JOSEPH TAYLOR, Warden, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach recommending denial of Defendant's motion to dismiss [Doc. No. 14]. Doc. No. 22. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 22] is ADOPTED and Defendant's motion to dismiss [Doc. No. 14] is DENIED. This case is again referred to the Magistrate Judge for further proceedings consistent with the original referral.

IT IS SO ORDERED this 6th day of March, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE