**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JAMES CLIFFORD STUART, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. CIV-11-869-R |
| | ) | |
| JOSEPH TAYLOR, Warden, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered August 22, 2012. Doc. No. 41. Plaintiff has filed a response to the Report and Recommendation indicating he has no objection to it. Doc. No. 42. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 41] is ADOPTED and Plaintiff's motion for summary judgment [Doc No. 30] is DENIED.

IT IS SO ORDERED this 5th day of September, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE